**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cv-203-RJC**
**(3:09-cr-152-RJC-1)**

| | | |
|---|---|---|
| **NATHANIEL DEVON BAILEY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | )      | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

    **THIS MATTER** is before the Court on Petitioner's Motion for a Certificate of

Appealability. (Doc. No. 7). The Court's Order dismissing Petitioner's Motion to included a

denial of a certificate of appealability. (Doc. No. 4 at 5-6).

    **IS, THEREFORE, ORDERED** that Petitioner's Motion for a Certificate of

Appealability is **DENIED as moot.** (Doc. No. 7).

    Signed: August 29, 2012

Robert J. Conrad, Jr.
Chief United States District Judge